# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| ALLISON W., | : | Case No. 2:25-cv-00328 |
| Plaintiff, | : | |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | (by full consent of the parties) |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

## DECISION AND ENTRY

This Social Security case is presently before the Court on the parties' Joint Motion to Remand to the Commissioner (Doc. No. 8). The parties agree that this Court should enter a judgment remanding the matter to the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g). The parties further agree that upon remand, the Appeals Council will remand the matter to an Administrative Law Judge for further proceedings and the claim will be completely reevaluated starting at the beginning of the sequential evaluation, including offering Plaintiff a new hearing.

**IT IS THEREFORE ORDERED THAT:**

1. The parties' Joint Motion to Remand to the Commissioner (Doc. No. 8) is **ACCEPTED**;

2. The Clerk of Court is directed to enter Judgment in Plaintiff's favor under Fed. R. Civ. P. 58;

3. This matter is **REMANDED** to the Social Security Administration, pursuant to Sentence Four of 42 U.S.C.

      § 405(g), for further consideration consistent with this Decision and Entry and the parties' Motion; and

4.     The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

                                      *s/ Caroline H. Gentry*
                                      Caroline H. Gentry
                                      United States Magistrate Judge